ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| JB MYERS, | CASE NO.: 2:18-cv-501-JCM-CWH |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

State Farm Mutual Automobile Association substitutes Robert W. Freeman, Esq. of the law firm Lewis Brisbois Bisgaard & Smith, as attorney of record in place of Marissa R. Temple, Esq. of Rogers, Mastrangelo, Carvalho & Mitchell.

Dated this 8 day of August 2018.

By: _____
State Farm Mutual Automobile Insurance Company

...

...

4816-2422-4112.1

I consent to the above substitution.

Dated this 28th day of August, 2018.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

_____
Marissa R. Temple, Esq.
Nevada Bar No. 9028
700 South Third Street
Las Vegas, Nevada 89101
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

I accept the above substitution. I am duly admitted to practice in this District Court.

DATED this 28 day of August, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

APPROVED this 30th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4816-2422-4112.1

2