**ERIC R. BLANK, ESQ.**
Nevada Bar No. 6910
**DARREN J. LACH, ESQ.**
Nevada Bar No. 9606
**BETHANY L. KIRKENIR, ESQ**.
Nevada Bar No. 13165
**ERIC BLANK INJURY ATTORNEYS**
7860 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Telephone: (702) 222-2115
E-mail: service@ericblanklaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JB MYERS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; and DOES I - X, inclusive; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00501-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO CONDUCT TWO DEPOSITIONS AFTER THE CLOSE OF DISCOVERY AND TO EXTEND DISPOSITIVE MOTION AND JOINT PRETRIAL ORDER DEADLINES** |

**COME NOW** Plaintiff JB MYERS ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation, ("STATE FARM"), by and through their respective counsel of record, hereby stipulate, subject to this Court's approval, that Plaintiff receive leave of this Court to conduct two previously-noticed depositions after the current close of discovery on April 9, 2019.

…
…
…
…
…

**Deposition of Natalie Ross**

The deposition of State Farm claims adjuster Natalie Ross was previously noticed by Plaintiff for April 8, 2019. Pursuant to FRCP 26(a), Ms. Ross had been disclosed by State Farm "c/o" defense counsel, and Plaintiff reasonably anticipated that Defense counsel would be able to produce her for deposition.

However, upon further inquiry, Defense counsel learned that, in the interim, Ms. Ross had left her employ with State Farm, could thus not be produced by counsel, and would therefore have to be subpoenaed for deposition. The parties met and conferred and agreed that Plaintiff will subpoena Ms. Ross for deposition to be conducted on April 24, 2019, subject to Ms. Ross's ability to appear on that date.

However, because that date falls after the close of discovery on April 8, 2019, the parties respectfully request that this Court grant Plaintiff leave to conduct that deposition after the close of discovery, on April 24, 2019, or a subsequent date as soon as feasible thereafter on which Ms. Ross and counsel are available.

**FRCP 30(b)(6) Deposition Of State Farm**

The deposition of State Farm pursuant to FRCP 30(b)(6) was noticed by Plaintiff on December 28, 2018. However, the parties subsequently met and conferred regarding the topics of examination and the location of the deposition. The parties have now agreed to conduct this deposition on April 19, 2019, in or near Tacoma, Washington.

The following are the three topics of examination agreed to by the parties:

1) State Farm Mutual Automobile Insurance Company's investigation and evaluation of Plaintiff JB Myers's underinsured motorist claim, as it relates to the claims and issues in the lawsuit.

2) State Farm Mutual Automobile Insurance Company's written policies and procedures and the actual customs and practices regarding intake, processing, handling, investigating, evaluating and processing underinsured motorist ("UIM") claims in Nevada since 2011, as it relates to the claims and issues in the lawsuit.

3) State Farm Mutual Automobile Insurance Company's training of claims representatives regarding evaluating and investigating underinsured motorist claims in Nevada from October 2011 until the present.

In addition, the parties agree that State Farm will, at this deposition or prior to April 19, 2019, produce to Plaintiff all training log(s) for Natalie Ross and any other "primary handler(s)" assigned at any

time to Plaintiff's UIM claim. While these training log(s) have been requested by Defense counsel, if they are not available by April 19, 2019, then Defense counsel will produce the training log(s) as soon thereafter as they are made available by State Farm. A copy of Plaintiff's SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY PURSUANT TO FRCP 30(b)(6) is attached hereto as **Exhibit 1**.

The parties hereby stipulate and agree that Plaintiff agrees to complete the depositions of Natalie Ross and the 30(b)(6) Deposition of State Farm on or before May 17, 2019. This leave will allow Plaintiff time to serve and conduct the deposition of Natalie Ross and allow the deponents time to receive and review the deposition transcripts. The parties further stipulate and agree that the remaining discovery deadlines will be extended in accordance with the May 17, 2019 deadline.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline for Plaintiff to conduct deposition of Natalie Ross and 30(b)(6) Deposition of State Farm | April 9, 2019 | May 17, 2019 |
| Dispositive Motions | May 9, 2019 | June 17, 2019 |
| Joint Pretrial Order | June 10, 2019 | July 16, 2019 (30 days after the deadline for dispositive motions) or 30 days after the decision on Dispositive Motions |

*//*
*//*
*//*
*//*
*//*
*//*

The parties represent that this Stipulation and request are made in good faith and not for the purpose of delay.

DATED this 9th day of April, 2019.	DATED this 9th day of April, 2019.

**ERIC BLANK INJURY ATTORNEYS**	**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**By: */s/ Eric R. Blank***	**By: */s/ Pamela L. McGaha***
**ERIC R. BLANK, ESQ.**	**ROBERT W. FREEMAN, ESQ.**
Nevada Bar No. 6910	Nevada Bar No. 3062
*Attorneys for Plaintiff*	**PAMELA L. McGAHA, ESQ.**
*JB MYERS*	Nevada Bar No. 8181
	*Attorneys for Defendant*
	*State Farm Mutual Automobile*
	*Insurance Company*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 11, 2019

**EXHIBIT "1"**

| | |
|---|---|
| **ERIC R. BLANK, ESQ.**<br>Nevada Bar No. 6910<br>**DARREN J. LACH, ESQ.**<br>Nevada Bar No. 9606<br>**BETHANY KIRKENIR, ESQ**.<br>Nevada Bar No. 013165<br>**ERIC BLANK INJURY ATTORNEYS**<br>7860 West Sahara Avenue, Suite 110<br>Las Vegas, NV 89117<br>Telephone: (702) 222-2115<br>E-mail: service@ericblanklaw.com<br>*Attorneys for Plaintiff* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JB MYERS, individually,<br>       Plaintiff,<br>vs.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; and DOES I - X, inclusive; and ROE CORPORATIONS I - X, inclusive,<br>       Defendants. | Case No.: 2:18-cv-00501-JCM-CWH<br><br>**<u>SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY PURSUANT TO FRCP 30(b)(6)</u>**<br><br>**Date of Deposition:  April 19, 2019**<br>**Time of Deposition:  10:00 a.m.** |

TO:    All parties to this action and their respective attorneys of record:

  PLEASE TAKE NOTICE THAT PLAINTIFF JB MYERS, by and through his counsel of record, ERIC R. BLANK, ESQ. and BETHANY L. KIRKENIR, ESQ. of ERIC BLANK INJURY ATTORNEYS, will take the videotaped deposition of Defendant State Farm Mutual Automobile Insurance Company, pursuant Rule 30(b)(6) of the Federal Rules of Civil Procedure, concerning the

//
//
//
//
//

following topics:

1) State Farm Mutual Automobile Insurance Company's investigation and evaluation of Plaintiff JB Myers's underinsured motorist claim, as it relates to the claims and issues in the lawsuit.

2) State Farm Mutual Automobile Insurance Company's written policies and procedures and the actual customs and practices regarding intake, processing, handling, investigating, evaluating and processing underinsured motorist ("UIM") claims in Nevada since 2011, as it relates to the claims and issues in the lawsuit.

3) State Farm Mutual Automobile Insurance Company's training of claims representatives regarding evaluating and investigating underinsured motorist claims in Nevada from October 2011 until the present.

In addition, the parties agree that State Farm will, at this deposition or prior to April 19, 2019, produce to Plaintiff all training log(s) for Natalie Ross and any other "primary handler(s)" assigned at any time to Plaintiff's UIM claim. While these training log(s) have been requested by Defense counsel, if they are not available by April 19, 2019, then Defense counsel will produce the training log(s) as soon thereafter as they are made available by State Farm.

The deposition will be recorded by videotaping and by stenographic means, and will be taken by oral examination before a notary public or before some other officer authorized by law to administer oaths, to take place at the University of Washington-Tacoma, 1900 Commerce Street, Tacoma, WA 98402.

As required by Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY shall designate one or more of its officers, directors, managing agents or other representatives to testify with respect to the above-stated matters.

All parties are invited to attend and examine the designated officers, directors, managing agents or other representatives of Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

//
//
//

1 | The deposition will continue from day to day until completed.
2 | DATED this 9th day of April, 2019.

**ERIC BLANK INJURY ATTORNEYS**

  _/s/ Eric R. Blank_
**ERIC R. BLANK, ESQ.**
Nevada Bar No. 6910
7860 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
*Attorney for Plaintiff JB MYERS*

# CERTIFICATE OF SERVICE

I hereby certify I am an employee of ERIC BLANK INJURY ATTORNEYS and on April 9, 2019, I served the foregoing, **SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY PURSUANT TO FRCP 30(b)(6)**, on the following parties by U.S. Mail to the following attorney, addressed as follows:

Robert W. Freeman, Esq.
Pamela L. McGaha, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant

DATED this 9th day of April, 2019.

*/s/ Gabriela Rojas*
An employee of ERIC BLANK INJURY ATTORNEYS