ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JB MYERS,<br><br>       Plaintiff,<br><br>     vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>      Defendants. | CASE NO.: 2:18-cv-00501-JCM-DJA<br><br>**STIPULATION AND ORDER TO STAY CURRENT PRE-TRIAL DEADLINES PENDING THE OUTCOME OF PRIVATE MEDIATION** |

COMES NOW, Plaintiff JB MYERS ("Myers") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through their respective counsel of record and hereby stipulate and make joint application to stay the current pre-trial deadlines (i.e. dispositive motion and Joint Pre-Trial Order deadlines) in this matter until such time as the parties conclude a mediation to which the parties have agreed.

Good cause exists to stay the current pre-trial deadlines in this matter. Specifically, the parties have scheduled a mediation for **October 17, 2019,** which was the earliest date all parties/counsel and the mediator could be available. The stay of the pre-trial deadlines



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4845-9488-9126.1

1 will allow the parties to explore the possibility of settlement through mediation without

2 incurring the time and expense of ongoing litigation prior to the mediation.

3 Within thirty (30) days after completion of the mediation, the parties will submit a

4 Stipulation and Order reflecting resolution of some or all of the claims and/or advise the

5 Court that the parties were unable to resolve the claims. The Stipulation and Order will

6 include new pre-trial deadlines (deadline for filing dispositive motions and the deadline for

7 filing the Joint Pretrial Order).

8 DATED this 16th day of September, 2019    DATED this 16th day of September, 2019

9 LAW OFFICES OF ERIC R. BLANK, P.C.    LEWIS BRISBOIS BISGAARD SMITH LLP

11 /s/ Eric R. Blank                                        /s/ Cheryl A. Grames
ERIC R. BLANK, ESQ.                               ROBERT W. FREEMAN, ESQ.
12 Nevada Bar No. 6910                              Nevada Bar No. 3062
DARREN J. LACH, ESQ.                           PAMELA L. McGAHA, ESQ.
13 Nevada Bar No. 9606                              Nevada Bar No. 8181
7860 West Sahara Avenue, Suite 110       CHERYL A. GRAMES, ESQ.
14 Las Vegas, Nevada 89117                       Nevada Bar No. 12752
*Attorneys for Plaintiff JB Myers*                6385 S. Rainbow Boulevard, Suite 600
15                                                               Las Vegas, Nevada 89118
                                                                 *Attorneys for Defendant State Farm Mutual*
16                                                               *Automobile Insurance Company*

## ORDER

20 IT IS SO ORDERED.

21 Dated this 17th day of September, 2019.

24 Daniel J. Albregts
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW