ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JB MYERS,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>   Defendants. | CASE NO.: 2:18-cv-501-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff JB MYERS ("Plaintiff"), by and through his counsel, LAW OFFICES OF ERIC R. BLANK, P.C., and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled

. . .

. . .

. . .

4826-2227-9850.1

action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 12 day of Nov, 2019.   DATED this 12 day of Nov, 2019.

LAW OFFICES OF ERIC R. BLANK, P.C.

*signature* for 14705

ERIC R. BLANK, ESQ.
Nevada Bar No. 6910
DARREN J. LACH, ESQ.
Nevada Bar No. 9606
7860 West Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
*Attorneys for Plaintiff JB Myers*

LEWIS BRISBOIS BISGAARD SMITH LLP

*signature*

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ORDER

**IT IS SO ORDERED:**

Dated November 14, 2019.

*signature: James C. Mahan*

UNITED STATES DISTRICT COURT JUDGE